UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LASHAWN A., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MURIEL BOWSER, *et al.*,<br><br>        Defendants. | Civil Action No. 89-1754 (TFH) |

### DEFENDANTS' CONSENT MOTION FOR ENTRY OF ORDER REGARDING ATTORNEY'S FEES AND COSTS

Defendants submit this Consent Motion to request the entry of an order that resolves plaintiffs' request for attorney's fees and costs, in the amount of $23,368.19, which was incurred from September 1, 2018 through February 25, 2019, in monitoring compliance with the orders entered in this civil action.

Defendants attach a memorandum of points and authorities in support of this Consent Motion, and a proposed order.

Undersigned counsel conferred with plaintiffs' counsel as required by Local Civil Rule 7(m), and plaintiffs consent to the requested relief. Defendants request that the Court grant the Consent Motion and enter the proposed order.

Dated:  April 3, 2019.          Respectfully submitted,

                                KARL A. RACINE
                                Attorney General for the District of Columbia

                                TONI MICHELLE JACKSON
                                Deputy Attorney General
                                Public Interest Division

        */s/ Fernando Amarillas*
        FERNANDO AMARILLAS [974858]
        Chief, Equity Section

        */s/ Andrew J. Saindon*
        ANDREW J. SAINDON [456987]
        Senior Assistant Attorney General
        441 Fourth Street, N.W.
        Suite 630 North
        Washington, D.C. 20001
        (202) 724-6643
        (202) 730-1470 (f)
        andy.saindon@dc.gov

        *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LASHAWN A., *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>MURIEL BOWSER, *et al.*,<br><br>               Defendants. | Civil Action No. 89-1754 (TFH) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR ENTRY OF ORDER REGARDING ATTORNEY'S FEES AND COSTS

In support of their Consent Motion for Entry of Order Regarding Attorney's Fees and Costs, defendants submit the following:

1. The Court's November 2, 2004 Order and the strict application of Rule 23(h) of the Federal Rules of Civil Procedure do not require notice of approval, publication, and a hearing on the request for attorney's fees and costs in this matter.

2. The inherent power of the Court.

3. The consent of the Parties.

4. The record in this case.

Dated: April 3, 2019.         Respectfully submitted,

                                       KARL A. RACINE
                                       Attorney General for the District of Columbia

                                       TONI MICHELLE JACKSON
                                       Deputy Attorney General
                                       Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Suite 630 North
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (f)
andy.saindon@dc.gov

*Counsel for Defendants*